R. L. Goodrich
22365 Barton Road, Suite 220
Grand Terrace, CA 92313
Telephone:    (909) 423-0700
Telecopier:    (909) 423-0461

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

In re

DARYL S. MEDDINGS

Debtor.

) Case No. 8:06-11091-RK
) Chapter 7
)
)
) **NOTICE OF UNCLAIMED**
) **DIVIDENDS**
) **3011**
)
)

## TO CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. #3028 in the sum of $1,991.30 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name, address and amount to be paid to the one claimant entitled to said unclaimed dividend is as follows:    KINGSLEY AND NANCY CANNON
15361 TURQUOISE CIRCLE NORTH
CHINO HILLS, CA 91709
$1,991.30  7.53998%  CLAIM #3

Dated: October 5, 2011

_____
R. L. GOODRICH
Chapter 7 Trustee

-1-

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

Claim 000003, Payment 7.53998%
Unclaimed Dividend

CHECK NUMBER
3028

R. L. GOODRICH
22365 BARTON ROAD
SUITE 220
GRAND TERRACE, CA 92313

| DATE | AMOUNT |
|---|---|
| 10/05/11 | *******1,991.30 |

| CASE NUMBER | DEBTOR |
|---|---|
| 8:06-11091   RK | MEDDINGS, DARYL S. |

**PAY TO THE ORDER OF**

UNITED STATES BANKRUPTCY COURT
EDWARD R. ROYBAL FEDERAL DUILDING
FISCAL DEPT
255 EAST TEMPLE STREET
LOS ANGELES, CA 90012

One Thousand Nine Hundred Ninety One Dollars And 30/100

*R L Goodrich Trustee*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈003028⑈ ⑆111000012⑆ 4428943884⑈

---

| Date: 10/05/11 | Check Number:  3028 | Amount:  1,991.30 |
|---|---|---|
| Case Number: 8:06-11091   RK | | |
| Debtor Name: MEDDINGS, DARYL S. | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>EDWARD R. ROYBAL FEDERAL DUILDING<br>FISCAL DEPT<br>255 EAST TEMPLE STREET<br>LOS ANGELES, CA 90012 | Trustee: | R. L. GOODRICH<br>22365 BARTON ROAD<br>SUITE 220<br>GRAND TERRACE, CA 92313 |
|---|---|---|---|

Description:    Claim 000003, Payment 7.53998%    Unclaimed Dividend

Bank Account Number:   4428943884

---

| Date: 10/05/11 | Check Number:  3028 | Amount:  1,991.30 |
|---|---|---|
| Case Number: 8:06-11091   RK | | |
| Debtor Name: MEDDINGS, DARYL S. | | |

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>EDWARD R. ROYBAL FEDERAL DUILDING<br>FISCAL DEPT<br>255 EAST TEMPLE STREET<br>LOS ANGELES, CA 90012 | Trustee: | R. L. GOODRICH<br>22365 BARTON ROAD<br>SUITE 220<br>GRAND TERRACE, CA 92313 |
|---|---|---|---|

Description:    Claim 000003, Payment 7.53998%    Unclaimed Dividend

Bank Account Number:   4428943884